UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

    Case No.: 1:08-cr-137

    HONORABLE PAUL L. MALONEY

DENOIS E. LANIER,

    Defendant.
    _____/

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

The Court has reviewed the Report and Recommendation (Dkt. #76) filed by United States Magistrate Judge Ellen S. Carmody in this action. The Report and Recommendation was duly served on the parties and shall be adopted immediately, subject to change should any timely objections be filed.

ACCORDINGLY, the Report and Recommendation is hereby adopted as the opinion of the Court.

**THEREFORE, IT IS ORDERED** that the defendant's conditions of supervision are modified as follows:

**The defendant shall participate in home confinement for the duration of his curfew condition, as arranged by the probation officer. During this time, the defendant shall remain at his place of residence except for employment and other activities approved in advance by the probation officer. If directed, the defendant shall maintain a telephone at his place of residence without any call**

**forwarding, caller ID, call waiting, modems, answering machines, cordless telephones, or other special services for the above period. The defendant shall wear an electronic device, shall observe the rules specified by the probation department and shall pay the costs of electronic monitoring, as directed by the probation officer**.


Dated:  May 18, 2011                                /s/ Paul L. Maloney
                                                                                Paul L. Maloney
                                                                                Chief United States District Judge